UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

12-cr-60028-JIC/BSS

CASE NO. _____
18 U.S.C. § 2252(a)(4)(B)

UNITED STATES OF AMERICA

vs.

ROBERT JACKSON,

    Defendant.

_____/



FILED by RB D.C.

FEB 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

On or about April 9, 2007, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### ROBERT JACKSON,

did knowingly possess matter, that is, computer files, that contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials which have been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged

in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL

_Thomas J. Mulhall for_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

for:
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERT JACKSON

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No ____ |
| Number of New Defendants | ____ | |
| Total number of counts | ____ | |

**Court Division:** (Select One)

____ Miami    ____ Key West
_X_ FTL       ____ WPB       ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_
   List language and/or dialect  _____

4. This case will take  _4_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      _x_          Petty    ____
   II   6 to 10 days     ____         Minor    ____
   III  11 to 20 days    ____         Misdem.  ____
   IV   21 to 60 days    ____         Felony   _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)  _NO_
   If yes:
   Magistrate Case No.                  _____
   Related Miscellaneous numbers:       _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of         _____

   Is this a potential death penalty case? (Yes or No)    _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007?  ____ Yes  _No_ No

_____
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
Court # A5501397

*Penalty Sheet(s) attached

REV 4/8/08

# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **ROBERT JACKSON**     **Case No**: _____

**Count #: 1**

Possession of computer child pornography

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

\* **Max.Penalty**:  any term of years' to 10 years' imprisonment; $250,000 fine; 3 years' to life supervised release.

**Count #:**

\* **Max.Penalty**:

**Count #:**

\* **Max.Penalty**:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**