

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CASE NUMBER: CR- 12-60028CR COHN |
| -vs | REPORT COMMENCING CRIMINAL ACTION |
| Robert Jackson<br>Defendant | 99131-004<br>USMS NUMBER |

TO: CLERK'S OFFICE  ☐ MIAMI  ☑ FT. LAUDERDALE  ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 2/23/2012 7:00 PM

2. LANGUAGE(S) SPOKEN: English

3. OFFENSE(S) CHARGED: 18 USC 2252(a)(4)(B) and (b)(2) Possession of computer child pornography

4. DATE OF BIRTH: 04/16/1979

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☑ INDICTMENT
☐ INFORMATION
☐ PROBATION VIOLATION WARRANT
☐ COMPLAINT TO BE FILED/ ALREADY FILED
☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA

6. REMARKS: ____

7. DATE: 2/24/2012

8. ARRESTING OFFICER: SA Heather N. Armstrong

9. AGENCY: FEDERAL BUREAU OF INVESTIGATION

10. TELEPHONE NUMBER: OFFICE 954-214-1079