AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT JACKSON<br>*Defendant.* | )<br>)<br>) Case No. 12-cr-60028-JIC<br>)<br>)<br>) |

FILED BY _____

FEB 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERT JACKSON   ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession of child pornography; in violation of 18 U.S.C. § 2252(a)(4)(B)

Date:   2-14-2012

*Issuing officer's signature*

City and state:   Fort Lauderdale, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/15/2012, and the person was arrested on *(date)* 02/23/2012
at *(city and state)*   Miami, Florida   .

Date:   02/23/2012

*Arresting officer's signature*

Sabrina Livingston, SDUSM
*Printed name and title*