UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61846-CIV-COHN/WHITE

ROBERT JACKSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report of Magistrate Judge [DE 10] ("Report and Recommendation") submitted by United States Magistrate Judge Patrick A. White, regarding the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1] ("Motion") of Movant Robert Jackson. The Court has conducted a *de novo* review of the record herein, including the Motion, Respondent's Response to Order to Show Cause [DE 7], and Movant's Motion for Voluntary Dismissal Pursuant to Rule 41(a)(2) Fed. R. Civ. P. [DE 9], and is otherwise advised in the premises.  The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed.  In consideration of the foregoing, it is hereby

    **ORDERED AND ADJUDGED** as follows:

(1)    The Report of Magistrate Judge [DE 10] is **ADOPTED** and incorporated by reference into this order;

(2)    Movant's Motion for Voluntary Dismissal Pursuant to Rule 41(a)(2) Fed. R. Civ. P. [DE 9] is **GRANTED**;

(3) Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [DE 1] is **DISMISSED** without prejudice, with the exception of any procedural bar applicable upon refiling; and

(4) The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of January, 2014.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

Robert Jackson (*pro se*)
No. 99131-004
FCC Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031